10-cr-00330-msk

In the United States District Court

for the _____ District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 JUN 22 AM 10: 54

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

United States of America

v.

1. MICHAEL ALAN KINCADE

Criminal No. 09-cr-2984

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 18 2010

MATTHEW J. DYKMAN
CLERK

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, Michael Alan Kincade, defendant, have been informed that an Indictment (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the _____ District of Colorado in which I am held (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: 3-18-10 at _____

_____
MICHAEL ALAN KINCADE *(Defendant)*

_____
*(Witness)*

_____
VIRGINIA L. GRADY *(Counsel for Defendant)*

Approved

_____ designated to
act for United States Attorney for the

_____
District of
New Mexico

_____
United States Attorney for the

_____
District of
Colorado

CERTIFIED a True Copy of the
original filed in the office
of the Clerk

by _____ Deputy

FORM USA-153
SEP.82

RECEIVED
JUN 1 1 2010
US ATTORNEY'S OFFICE
Albuquerque, New Mexico

RECEIVED
APR 0 5 2010
US ATTORNEY'S OFFICE
Albuquerque, New Mexico

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT - 8 2009

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 09-2984 |
| ) | |
| vs. ) | 18 U.S.C. § 2113(a): Bank |
| ) | Robbery. |
| MICHAEL ALAN KINCADE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

On or about June 30, 2009, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL ALAN KINCADE**, did, by force, violence and intimidation, take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of the Wells Fargo Bank, 1800 Eubank Boulevard NE, Albuquerque, New Mexico, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

_____ October, 2009

# U.S. District Court
## District of New Mexico - Version 4.0.3 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-02984-JAP All Defendants
## *SEALED*
## Internal Use Only

Case title: USA v. Kincade

Date Filed: 10/09/2009
Date Terminated: 06/18/2010

Assigned to: District Judge James A. Parker

**Defendant (1)**

**Michael Alan Kincade**
*TERMINATED: 06/18/2010*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2113(a): BANK ROBBERY (1) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA

represented by **Shana Pennington**
U.S. Attorney's Office
201 Third Street
Suite 900
Albuquerque, NM 87102
505-224-1463

Fax: 505-346-7296
Email: shana.b.pennington@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2009 | 2 | [SEALED CASE] REDACTED INDICTMENT: by USA as to Michael Alan Kincade (mk) (Entered: 10/13/2009) |
| 06/18/2010 | | [SEALED CASE] Judge update in case as to Michael Alan Kincade. District Judge James A. Parker added per consent to transfer case for plea and sentencing in the District of Colorado. Judge Unassigned no longer assigned to case. (mlg) (Entered: 06/18/2010) |
| 06/18/2010 | 5 | [SEALED CASE] CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Colorado All Counts closed as to Michael Alan Kincade (1) Count 1. (bap) (Entered: 06/18/2010) |



CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____ Deputy

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

June 18, 2010

United States District Court
District of Colorado
Office of the Clerk
U. S. Courthouse
1929 Stout Street, Room C-145
Denver, Colorado 80294-3589

    **RE:   USA v. Michael Alan Kincade, Rule 20 Transfer of Jurisdiction, Our Case No. CR-09-2984 JP**

Dear Sir or Madam:

Enclosed are copies of the following pleadings regarding the above-named defendant:

    Consent to Transfer of Case for Plea and Sentence (cert. copy)
    Indictment (cert. copy)
    Docket sheet (cert. copy)

Please acknowledge receipt on the enclosed copy of this letter and return in the envelope provided.

Sincerely,

MATTHEW J. DYKMAN, CLERK

By: _____
    Deputy Clerk

Enclosures
cc:    Counsel of record